# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re:   Sylvia Banda                                    Chapter:  13

           Debtors
                                                          Case No. 13-25901-PP
N30W23536 Greenfield Ct.
Pewaukee, WI 53072
Social Security No. xxx-xx-7221

Sylvia Banda                                              Adversary No.

           Plaintiffs
                        VS.
Bank of America, N.A.
Green Tree, LLC, as servicer
           Defendants

---

# COMPLAINT

---

NOW COMES the Plaintiff Sylvia Banda by and through her attorney, Gregory T. Ryan, of the Law Offices of Dantzman and Dantzman, respectfully submitting this Complaint to avoid the second mortgage lien of Defendants, Bank of America, N.A., and Green Tree, LLC, as servicer as it is wholly unsecured and impairs the debtor's property located at N30W23536 Greenfield Court, Pewaukee, WI 53072.

In support Plaintiff respectfully represents to the Court as follows:

1. Plaintiff is the debtor in the above captioned Chapter 13 bankruptcy proceeding.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. 1471.   This is a core proceeding under 28 U.S.C. 157(b)(2)(K).

3. Plaintiff filed the instant Chapter 13 bankruptcy on April 30, 2013.

4. Bank of America, N.A., hereinafter "Defendant," holds a <u>second</u> mortgage on Plaintiff's homestead property located at N30W23536 Greenfield Court, Pewaukee, WI 53072.

5. This mortgage is a <u>second</u> mortgage lien which attaches to debtor's primary residence located at N30W23536 Greenfield Court, Pewaukee, WI 53072.

6. At the time of filing, the Plaintiff's property had a fair market value of $230,000, which is indicated by the Appraisal, performed June, 2014. (See Exhibit A).

7. Plaintiff's property, at time of filing, had the following prior mortgage liens: First mortgage with Bank of America, N.A., in the amount of ($250,534.22) (See Exhibit B).

8. The Second Circuit, in <u>In Re Pond</u>, 252 F. 3d 122, 126 (2d Cir. 2001), following the majority view in this area, held that the "antimodification protection afforded by 11 U.S.C. 1322(b)(2) [applies only when the creditor's claim] is at least partially secured." See also, <u>In Re Bartee</u>, 212 F.3rd 277 (CA5 2000); <u>In Re Tanner</u>, 217 F. 3rd 1357 (CA11 2000).

9. Here, the <u>second</u> mortgage lien does not attach to <u>any</u> equity and any claim filed, should be treated as wholly unsecured. The Defendant's second mortgage balance was in the approximate amount of ($44,056.23) at time of filing (See Exhibit C).

10. Pursuant to 11 U.S.C. Sec. 506(a), "An allowed claim of a creditor secured by a lien on property in which the estate has an interest . . . is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, . . . and is an unsecured claim to the extent that the value of such creditor's interest . . . is less than the amount of such allowed claim."

11. Pursuant to 11 U.S.C. Sec. 506(d), "To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void, …."

12. Thus, since Defendant's second mortgage does not attach to any equity in the Debtor's property it is wholly unsecured under 11 U.S.C Sec. 506(a), and is void pursuant to 11 U.S.C. Sec. 506(d).

WHEREFORE, pursuant to 11 U.S.C. Sec. 506(d), Plaintiff, by and through his attorney, respectfully requests this Court enter an Order avoiding the Defendant's second mortgage lien, and treating any claim of the Defendant as general unsecured non-priority.

Dated this 10th day of June 2014.

Gregory T. Ryan, #1066888
324 E. Wisconsin Ave., Suite 1444
Milwaukee, WI 53202
(414) 831-0427; (414) 831-0428 – Fax
E: GRyan@dantzmanlaw.com

Ex.A

| Borrower/Client | Banda, Sylvia | | | File No. BAND0514 | |
|---|---|---|---|---|---|
| Property Address | N30W23536 Greenfield Ct | | | | |
| City | Pewaukee | County Waukesha | | State WI | Zip Code 53072 |
| Lender | N/A | | | | |

# TABLE OF CONTENTS



GP Condo ................................................................................................................. 1
Additional Comparables 4-6 ..................................................................................... 6
General Text Addendum ............................................................................................ 7
Subject Photos ......................................................................................................... 8
Photograph Addendum .............................................................................................. 9
Comparable Photos 1-3 ............................................................................................ 10
Comparable Photos .................................................................................................. 11
Location Map ............................................................................................................ 12
Plat Map ................................................................................................................... 13
Building Sketch (Page - 1) ........................................................................................ 14
Statement of Limiting Conditions .............................................................................. 15
Appraisal License ..................................................................................................... 17

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.: BAND0514

## SUBJECT

Property Address: N30W23536 Greenfield Ct          Unit #: 1          City: Pewaukee          State: WI
Zip Code: 53072          County: Waukesha          Legal Description: Unit 1 Western Sunset Condominiums No 2 Lot 197
Five Fields Addition No 3 PT NW1/4 Sec 14 T7N R19E Doc# 3461161          Assessor's Parcel #:     PWC 0918002004
Tax Year: 2013          R.E. Taxes: $ 4,287.83          Special Assessments: $ None          Borrower (if applicable): Banda, Sylvia
Current Owner of Record: Banda, Sylvia          Occupant: ☒ Owner ☐ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant
Project Type: ☒ Condominium ☐ Other (describe)          HOA: $ 120          ☒ per year ☐ per month
Market Area Name: Western Sunset Condominiums          Map Reference: N30 W235          Census Tract: 2033.06
Project Name: Western Sunset Condominiums          Phase: 1

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use:     Estimate fair market value As Is

Intended User(s) (by name or type):  Sylvia Banda

Client:     Banda, Sylvia          Address:  N30W23536 Greenfield Ct., Pewaukee, WI 53072
Appraiser:  Sherry A. Rockwell          Address:  59 S. Elm Street, Oconomowoc, WI 53066

## MARKET AREA DESCRIPTION

| | | | Predominant Occupancy | Condominium Housing | | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | | PRICE | AGE | One-Unit 60 % | ☒ Not Likely |
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | $(000) | (yrs) | 2-4 Unit 15 % | ☐ Likely * ☐ In Process * |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner 90 | Low 10 | | Multi-Unit 3 % | * To: |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant 10 | 200 Low 10 | | Comm'l 1 % | |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☐ Vacant (0-5%) | 295 High 30 | | Vacant 21 % | |
| Marketing time: | ☐ Under 3 Mos. | ☒ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (>5%) | 230 Pred 20 | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):     Current interest rates have minimized
discounts, buydowns and concessions. Conventional financing is available at reasonable rates. Sellers need not negotiate a sale on financing
related concessions. Property values have become stable with typical market time between 3 and 6 months with some properties selling within
3 months.

The subject is bound by Capitol Dr. north, Watertown Rd. south, Redford Rd. east and Hwy. 164 west. The subject property is located in the
City of Pewaukee. Neighboring dwellings are mostly similar in terms of age, style and utility reflecting average to good upkeep. Local schools,
shopping, employment and recreation are within a 3 mile radius. The area appears to be stable from a residential standpoint.

## PROJECT SITE DESCRIPTION

Zoning Classification:  RD1          Description:  Two Family Residential
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Ground Rent (if applicable) $ _____ / _____          Comments:

Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date:  Side X Side Condominium          Use as appraised in this report:  Condominium
Summary of Highest & Best Use:  Current use as condominium is Highest and Best Use

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Density | Medium |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | WE Energies | Street | Asphalt | ☒ | ☐ | Size | Typical for area/0.60 Acres |
| Gas | ☒ | ☐ | WE Energies | Curb/Gutter | Concrete | ☒ | ☐ | Topography | Mostly level |
| Water | ☒ | ☐ | Public Utilities | Sidewalk | Concrete | ☒ | ☐ | View | Residential |
| Sanitary Sewer | ☒ | ☐ | Public | Street Lights | Yes | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | Public | Alley | None | | | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X          FEMA Map # 55133C0204F          FEMA Map Date 11/19/2008
Site Comments:   The utilities are typical of the market area. There were no adverse site conditions or external factors of easements,
encroachments, environmental conditions, etc. noted on day of inspection. The subject lot is shared with 1 other unit. Each unit is responsible
for yard work and snow removal.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
GP CONDO          Form GPCONDO_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE          6/2007

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.: BAND0514

**PROJECT INFORMATION**

Data source(s) for project information: Sylvia Banda

Project Description: ☐ Detached ☒ Row or Townhouse ☐ Garden ☐ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description of Project | | Subject Phase # | If Project Completed # | If Project Incomplete # |
|---|---|---|---|---|
| # of Stories 2 | Exterior Walls Wd/Stn/Avg | Units 2 | Phases 1 | Planned Phases |
| # of Elevators 0 | Roof Surface Asph/Shngl/Avg | Units Completed 2 | Units 2 | Planned Units |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Total # Parking 7 | Units For Sale 0 | Units for Sale 0 | Units for Sale |
| Design (Style) Colonial | Ratio (spaces/unit) 5/1 | Units Sold 0 | Units Sold | Units Sold |
| Actual Age (Yrs.) 21 | Parking Type(s) 2 Gar/Driveway | Units Rented 0 | Units Rented 0 | Units Rented |
| Effective Age (Yrs.) 10 | Guest Parking Yes | Owner Occup. Units 2 | Owner Occup. Units 2 | Owner Occup. Units |

Project Primary Occupancy: ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group: ☐ Homeowners' Association ☐ Developer ☒ Management Agent (name of management agent or company): HOA consists of owners of each of the 2 units.

Was the project created by the conversion of existing building(s) into a condominium? ☒ Yes ☐ No    If Yes, describe the original use and date of conversion. Original use was a duplex.

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown    Have the documents been reviewed? ☐ Yes ☐ No    Comments:

Project Comments (condition, quality of construction, completion status, etc.):    The subject property is in average condition reflecting average upkeep. It appears to be built of quality materials and construction. The project is complete.

Common Elements and Recreational Facilities:    Common grassy areas.

**PROJECT ANALYSIS**

Summary of condominium project budget analysis for the current year (if analyzed):    The budget analysis was not available for review. Project is complete.

Other fees for the use of the project facilities (other than regular HOA charges):    None

Compared to other competitive projects of similar quality and design, the subject unit charge appears ☐ High ☒ Average ☐ Low    (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser? ☐ Yes ☒ No    If Yes, describe and explain the effect on value and marketability.

**UNIT IMPROVEMENTS**

Unit Charge: $ 10.00    per month X 12 = $ 120    per year.    Annual assessment charge per year per SF of GLA = $ 0.07

Utilities included in the Unit Charge: ☒ None ☐ Heat ☐ Air Conditioning ☐ Electricity ☐ Gas ☐ Water ☐ Sewer ☐ Cable ☐ Other

Source(s) used for physical characteristics of property: ☐ New Inspection ☐ Previous Appraisal Files ☒ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☒ Property Owner ☐ Other (describe)    Data Source for Gross Living Area  Site Inspection

| General Description | Exterior Description | Foundation ☐ N/A | Basement ☐ N/A | Heating |
|---|---|---|---|---|
| Floor Location 1 | Foundation Conc Blk/Avg | Slab None | Area Sq. Ft. 840 | Type FWA |
| # of Levels 2 | Exterior Walls Wd/Stn/Avg | Crawl Space None | % Finished 0 | Fuel Gas |
| Design (Style) Colonial | Roof Surface Asph/Shngl/Avg | Basement Full | Ceiling Open Joist | |
| ☒ Existing ☐ Proposed | Gutters & Dwnspts. Alum/Avg | Sump Pump ☐ None | Walls Conc Block | Cooling |
| ☐ Under Construction | Window Type Dbl Hng/Avg | Dampness ☒ Minimal | Floor Concrete | Central Yes |
| Actual Age (Yrs.) 21 | Storm/Screens Combo | Settlement Typical | Outside Entry No | Other |
| Effective Age (Yrs.) 10 | | Infestation None | | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP CONDO

Form GPCONDO_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

6/2007

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.: BAND0514

## UNIT IMPROVEMENTS (continued)

| Interior Description | | Appliances | | Attic | N/A | Amenities | | | Car Storage | None |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Tile/Cpt/Avg | Refrigerator | | Stairs | | Fireplace(s) # 0 | | Woodstove(s) # 0 | ☒ Garage # | 2 |
| Walls | Drywall/Avg | Range/Oven | | Drop Stair | | Patio | None | | ☐ Covered # | |
| Trim/Finish | Wood/Avg | Disposal | ☒ | Scuttle | ☒ | Deck | Wood | | ☐ Open # | |
| Bath Floor | Tile/Avg | Dishwasher | ☒ | Doorway | | Porch | None | | Total # of cars | 5 |
| Bath Wainscot | SS/Avg | Fan/Hood | | Floor | | Fence | None | | ☐ Assigned | |
| Doors | Wd/Avg | Microwave | ☒ | Heated | | Pool | None | | ☒ Owned Driveway | |
| | | Washer/Dryer | | Finished | | Balcony | None | | Space #(s) 5 | |

Finished area above grade contains: 5 Rooms 3 Bedrooms 2.1 Bath(s) 1,758 Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered? ☒ Yes ☐ No (If No, describe) _____

Additional features: None

Describe the condition of the property (including physical, functional and external obsolescence): The subject property is in average condition reflecting average upkeep. There were no physical, functional or external obsolescence noted on day of inspection. The basement would benefit from a dehumidifier for the dampness typical in basements. The exterior wood will need paint/stain in the future. There are signs of weather related deterioration. The interior tile flooring is good. Typical of a property 20 years old, some carpeted areas are showing signs of age. The unit has upgraded granite counters in the kitchen and tile flooring in foyer, kitchen, dining and baths. Master bedroom has a vaulted ceiling. The dinette has patio doors to backyard and deck.

## INCOME APPROACH

| INCOME APPROACH TO VALUE (if developed) | ☒ The Income Approach was not developed for this appraisal. | | |
|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | N30W23536 Greenfield Ct Pewaukee, WI 53072 | | | |
| Project | Western Sunset Condominiums | | | |
| Phase | 1 | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Residential | | | |
| View | | | | |
| Age | 21 | | | |
| Condition | Average | | | |

| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Room Count | 5 | 3 | 2.1 | | | | | | | | | |
| Gross Living Area | | 1,758 sq.ft. | | | | sq.ft. | | | sq.ft. | | | sq.ft. |
| Utilities Included | | | | | | | | | | | | |

Summary of Income Approach (including support for market rent and GRM):

Opinion of Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach _____

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): MLS/Tax/Assessor Records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP CONDO

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.: BAND0514

| SALES COMPARISON APPROACH TO VALUE (if developed) | | ☐ The Sales Comparison Approach was not developed for this appraisal. | | | | | |
|---|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
| Address | N30W23536 Greenfield Ct Pewaukee, WI 53072 | N30W23490 Greenfield Ct Pewaukee, WI 53072 | | N19W26686 Milkweed Ln Pewaukee, WI 53072 | | N21W24045 Garden Cir Pewaukee, WI 53072 | |
| Project | Western Sunset Condominiums | Greenfield Court | | Princeton Place | | Gardens of Avondale | |
| Phase | 1 | 1 | | 1 | | 1 | |
| Proximity to Subject | | 0.06 miles E | | 3.43 miles SW | | 1.21 miles SW | |
| Sale Price | $ | | $ 211,000 | | $ 237,000 | | $ 271,500 |
| Sale Price/GLA | $ /sq.ft. | $ 113.44 /sq.ft. | | $ 126.81 /sq.ft. | | $ 118.77 /sq.ft. | |
| Data Source(s) | MLS/Tax/Assessor | MLS/Tax/Assessor Records | | MLS/Tax/Assessor Records | | MLS/Tax/Assessor Records | |
| Verification Source(s) | Assessor/Inspectio | MLS/Tax/Assessor Records | | MLS/Tax/Assessor Records | | MLS/Tax/Assessor Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing Concessions | | Conv DOM 7 Closing Cost Conc | -5,682 | Cash DOM 5 None Known | | Conv DOM 200 None Known | |
| Date of Sale/Time | | 09/13 | | 05/14 | | 05/14 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| HOA Fees ($/Month) | 10.00 | 125 | 0 | 100 | 0 | 378 | 0 |
| Common Elements and Recreational Facilities | grassy areas | grassy areas | | grassy areas | | Pool, Tennis, Club House, Grassy | -15,000 |
| Floor Location | 1 | 1 | | 1 | | 1 | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Colonial | Ranch | 0 | Ranch | 0 | Colonial | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 21 | 17 | 0 | 19 | 0 | 24 | 0 |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total / Bdrms / Baths  5 / 3 / 2.1 | Total / Bdrms / Baths  6 / 2 / 2 | | Total / Bdrms / Baths  6 / 2 / 2 | | Total / Bdrms / Baths  6 / 2 / 2.1 | |
| Room Count | 5 / 3 / 2.1 | 6 / 2 / 2 | +3,500 | 6 / 2 / 2 | +3,500 | 6 / 2 / 2.1 | +2,000 |
| Gross Living Area | 1,758 sq.ft. | 1,860 sq.ft. | -1,020 | 1,869 sq.ft. | -1,110 | 2,286 sq.ft. | -5,280 |
| Basement & Finished Rooms Below Grade | Full | Full Rec Room | -2,000 | Full Rec Room | -2,000 | Full | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/Cent | FWA/Cent | | FWA/Cent | | FWA/Cent | |
| Energy Efficient Items | None | None | | None | | None | |
| Parking | 5 | 2 Att Gar/On Site | | 2 Att Gar/On Site | | 2 Att Gar/On Site | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Patio | |
| Fireplace(s) | No Fpl | 1 Fpl | -2,000 | 1 Fpl | -2,000 | 1 Fpl | -2,000 |
| Extras | None | None | | None | | None | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ +  ☒ − | $ -7,202 | ☐ +  ☒ − | $ -1,610 | ☐ +  ☒ − | $ -20,280 |
| Adjusted Sale Price of Comparables | | Net 3.4% Gross 6.7% | $ 203,798 | Net 0.7% Gross 3.6% | $ 235,390 | Net 7.5% Gross 8.9% | $ 251,220 |

Summary of Sales Comparison Approach  All comparables are located in the subject complex or a nearby competing complex that has units similar in age and style. This is the immediate market area even if just over 1 mile away. It was deemed important to use comparables that are 2 unit/duplex style units as these units have a more private yard feel than buildings with 4 or more units. All comparables are 2 unit buildings like the subject. All comparables are part of the same school district. Every attempt was made to use comparable sales that are the most similar to the subject in terms of age, sq.ftg., utility and amenities. Approximately 30 recent sales and active listings were analyzed. Photos and data are reviewed for similar updates, condition and finishes in flooring, counters, etc. Adjustments for bedroom, bathroom, fireplace, recreational amenities and basement were derived by analysis of the sales in the area. No adjustment for land/lot size is given as the comparables lot size ranges from .53 to .75 acres and the subject has .60 acres. Two of the 3 sales sold within 1 month of the date of this report. One sale over 6 months old was used because it is located on the same street as the subject. One active listing is also located on the subject street. The comparables bracket lot size, age and sf.  Three bedroom units were used where available. Most condominium units have 2 bedrooms. Comparables 2 and 3 have a den that could be used as a 3rd bedroom. Both active listings have 3 bedrooms. See comparables 4-6 for more.

Indicated Value by Sales Comparison Approach $  230,000

GP CONDO

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.: BAND0514

| COST APPROACH TO VALUE (if developed) | ☒ The Cost Approach was not developed for this appraisal. |
|---|---|

Summary of Cost Approach:   The Cost Approach to Value is not given consideration in a multi-unit building.

Indicated Value by: Sales Comparison Approach $ 230,000      Cost Approach (if developed) $          0    Income Approach (if developed) $ 0

Final Reconciliation   The most consideration is allotted the Sales Comparison Approach to value because it best reflects the activity of buyers and sellers. The Cost Approach does not apply to condominium units. The Income Approach would not be considered in the valuation of condominium units due to inconsistent rental data and the majority of units being owner occupied.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed,  ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: _____

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $      230,000      , as of:          06/03/2014          , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains   18   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☐ Additional Sales | ☐ Additional Rentals | ☐ Flood Addendum | ☐ Hypothetical Conditions |
| ☐ Extraordinary Assumptions | ☐ Budget Analysis | ☒ Additional Listings | ☐ Table of Contents | ☒ General Text Addendum |

Client Contact:   Banda, Sylvia                         Client Name:   Banda, Sylvia
E-Mail: syl_banda@yahoo.com               Address:   N30W23536 Greenfield Ct., Pewaukee, WI  53072

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Sherry A Rockwell* (signature) | |
| Appraiser Name:  Sherry A. Rockwell | Supervisory or Co-Appraiser Name: |
| Company:  Rockwell Appraisal Company | Company: |
| Phone: (262) 560-9809    Fax: (414) 921-0895 | Phone:                     Fax: |
| E-Mail: rockwellappr@charter.net | E-Mail: |
| Date of Report (Signature):  June 04, 2014 | Date of Report (Signature): |
| License or Certification #:  1597-4    State: WI | License or Certification #:          State: |
| Designation: | Designation: |
| Expiration Date of License or Certification:  12/14/2015 | Expiration Date of License or Certification: |
| Inspection of Subject:  ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection:  06/03/2014 | Date of Inspection: |

GP CONDO

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPCONDO_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

6/2007

# ADDITIONAL COMPARABLE SALES

File No.: BAND0514

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | N30W23536 Greenfield Ct Pewaukee, WI 53072 | W264N2031 Deer Haven Ct Pewaukee, WI 53072 | | N30W23549 Greenfield Ct Pewaukee, WI 53072 | | | |
| Project Phase | Western Sunset Condominiums 1 | Deer Haven 1 | | Greenfield 1 | | | |
| Proximity to Subject | | 3.17 miles SW | | 0.01 miles S | | | |
| Sale Price | $ | $ | 235,000 | $ | 249,000 | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 150.64 /sq.ft. | | $ 157.40 /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | MLS/Tax/Assessor | MLS/Tax/Assessor Records | | MLS/Tax/Assessor Records | | | |
| Verification Source(s) | Assessor/Inspectio | MLS/Tax/Assessor Records | | MLS/Tax/Assessor Records | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing Concessions | | DOM 66 | | DOM 175 | | | |
| Date of Sale/Time | | Pending Listing | -4,700 | Active Listing | -5,000 | | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | | |
| Location | Residential | Residential | | Residential | | | |
| HOA Fees ($/Month) | 10.00 | 125 | 0 | 100 | 0 | | |
| Common Elements and Recreational Facilities | grassy areas | grassy areas | | grassy areas | | | |
| Floor Location | 1 | 1 | | 1 | | | |
| View | Residential | Residential | | Residential | | | |
| Design (Style) | Colonial | Ranch | 0 | Colonial | | | |
| Quality of Construction | Average | Average | | Average | | | |
| Age | 21 | 15 | 0 | 22 | 0 | | |
| Condition | Average | Average | | Average | | | |
| Above Grade Room Count | Total 5 | Bdrms 3 | Baths 2.1 | Total 5 | Bdrms 2 | Baths 2 | +3,500 | Total 6 | Bdrms 3 | Baths 2 | +1,500 | Total | Bdrms | Baths | |
| Gross Living Area | 1,758 sq.ft. | 1,560 sq.ft. | +1,980 | 1,582 sq.ft. | +1,760 | sq.ft. | |
| Basement & Finished Rooms Below Grade | Full | Full Rec/Bdrm/Bath | -7,000 | Full | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FWA/Cent | FWA/Cent | | FWA/Cent | | | |
| Energy Efficient Items | None | None | | None | | | |
| Parking | 5 | 2 Att Gar/On Site | | 2 Att Gar/On Site | | | |
| Porch/Patio/Deck | Deck | Deck | | Patio | | | |
| Fireplace(s) | No Fpl | 1 Fpl | -2,000 | 1 Fpl | -2,000 | | |
| Extras | None | None | | None | | | |
| Net Adjustment (Total) | | ☐ + ☒ − | $ -8,220 | ☐ + ☒ − | $ -3,740 | ☐ + ☐ − | $ |
| Adjusted Sale Price of Comparables | | Net 3.5% Gross 8.2% | $ 226,780 | Net 1.5% Gross 4.1% | $ 245,260 | Net % Gross % | $ |

Summary of Sales Comparison Approach    Information on the comparables was obtained from assessor data. It is deemed reliable, but not guaranteed. Yearly fees for the subject are similar to the comparables that do their own yard work, snow removal, etc. and that do not have added complex amenities. The exception to this is comparable 3. The adjustment for comparable 3 added amenities is based on the average sales price of units in this complex in comparison to others that do not have them. This complex also has lawn maintenance and snow removal included in fees.

The area average for active listings to sale price is 2%. An adjustment is given the active comparables accordingly.

In arriving at a final opinion of value the most consideration is given the sales with slightly more weight given comparables 1 and 2. They are the most similar overall and required the fewest adjustments. The active listings are given consideration, but not the weight of a sale.

See General Text Addendum on next page for detailed analysis.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

6/2007

GP CONDO

# Supplemental Addendum

File No. BAND0514

| Borrower/Client | Banda, Sylvia | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | N30W23536 Greenfield Ct | | | | | | |
| City | Pewaukee | County | Waukesha | State | WI | Zip Code | 53072 |
| Lender | N/A | | | | | | |

## Summary of Sales Comparison

**Comparable 1** MLS data states unit has an open floor plan, patio door off kitchen/dinette area, skylights, living room with fireplace and den or family room. There is a master suite and finished lower level. Photos show a nice unit with mostly hardwood flooring. Kitchen and baths are original. This unit is on the same street as the subject.

**Comparable 2** MLS data states bright and airy floor plan with windows on 3 sides, 2 way fireplace in living room/den, large deck, full basement with rec room and painted inside and out 3 years ago. Photos confirm data. Kitchen and baths are original. Unit appears very well maintained and in good condition.

**Comparable 3** MLS data states unit is beautifully updated with 2 master bedroom suites, upper suite has a walk-in shower with Kohler rain shower and body jets. Upgrades include solid surface counters. This unit is located in a complex with a clubhouse, outdoor pool and tennis court. Photos confirm data.

**Comparable 4** MLS data states spacious condo with 2 bedrooms and baths on main level and 1 bedroom and bath on lower level with mini kitchen. This property is active with an offer pending. It is being sold as a foreclosure, however, photos show it is in move in condition and appears to be listed very near market value.

**Comparable 5** MLS data states home is move in ready with soaring ceilings, elegant woodwork, custom built-ins, 2 way fireplace and hardwood floors. Photos confirm data. There is nice woodwork and wood flooring. Kitchen and baths appear original. Fireplace is 2 way between living room and kitchen. This property is across the street from the subject. The drawback to it is the backyard lot line is at rail road tracks.

# Subject Photo Page

| | |
|---|---|
| Borrower/Client | Banda, Sylvia |
| Property Address | N30W23536 Greenfield Ct |
| City | Pewaukee |

| | | | | | |
|---|---|---|---|---|---|
| City | Pewaukee | County Waukesha | State WI | Zip Code 53072 |
| Lender | N/A | | | | |



**Subject Front**

N30W23536 Greenfield Ct
Sales Price
Gross Living Area    1,758
Total Rooms          5
Total Bedrooms       3
Total Bathrooms      2.1
Location             Residential
View                 Residential
Site
Quality              Average
Age                  21



**Subject Rear**



**Subject Street**

# Photograph Addendum

| | |
|---|---|
| Borrower/Client | Banda, Sylvia |
| Property Address | N30W23536 Greenfield Ct |

| City | Pewaukee | County | Waukesha | State | WI | Zip Code | 53072 |
|---|---|---|---|---|---|---|---|
| Lender | N/A | | | | | | |



Living Room



Dining Room



Kitchen with granite counters



Half Bath with granite counter



Master Bath



Main Bath

Form PIC6_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Comparable Photo Page

| Borrower/Client | Banda, Sylvia | | | | | |
|---|---|---|---|---|---|---|
| Property Address | N30W23536 Greenfield Ct | | | | | |
| City | Pewaukee | County | Waukesha | State | WI | Zip Code 53072 |
| Lender | N/A | | | | | |



### Comparable 1

| | |
|---|---|
| N30W23490 Greenfield Ct | |
| Prox. to Subject | 0.06 miles E |
| Sales Price | 211,000 |
| Gross Living Area | 1,860 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Residential |
| View | Residential |
| Site | |
| Quality | Average |
| Age | 17 |



### Comparable 2

| | |
|---|---|
| N19W26686 Milkweed Ln | |
| Prox. to Subject | 3.43 miles SW |
| Sales Price | 237,000 |
| Gross Living Area | 1,869 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Residential |
| View | Residential |
| Site | |
| Quality | Average |
| Age | 19 |



### Comparable 3

| | |
|---|---|
| N21W24045 Garden Cir | |
| Prox. to Subject | 1.21 miles SW |
| Sales Price | 271,500 |
| Gross Living Area | 2,286 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | Residential |
| View | Residential |
| Site | |
| Quality | Average |
| Age | 24 |

# Comparable Photo Page

| Borrower/Client | Banda, Sylvia | | | | |
|---|---|---|---|---|---|
| Property Address | N30W23536 Greenfield Ct | | | | |
| City | Pewaukee | County | Waukesha | State | WI | Zip Code | 53072 |
| Lender | N/A | | | | |



## Comparable 4

W264N2031 Deer Haven Ct
| | |
|---|---|
| Prox. to Subject | 3.17 miles SW |
| Sales Price | 235,000 |
| Gross Living Area | 1,560 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Residential |
| View | Residential |
| Site | |
| Quality | Average |
| Age | 15 |



## Comparable 5

N30W23549 Greenfield Ct
| | |
|---|---|
| Prox. to Subject | 0.01 miles S |
| Sales Price | 249,000 |
| Gross Living Area | 1,582 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Residential |
| View | Residential |
| Site | |
| Quality | Average |
| Age | 22 |

## 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

# Location Map

| Borrower/Client | Banda, Sylvia | | | | | |
|---|---|---|---|---|---|---|
| Property Address | N30W23536 Greenfield Ct | | | | | |
| City | Pewaukee | County | Waukesha | State | WI | Zip Code 53072 |
| Lender | N/A | | | | | |



# Plat Map

| Borrower/Client | Banda, Sylvia | | | | |
|---|---|---|---|---|---|
| Property Address | N30W23536 Greenfield Ct | | | | |
| City | Pewaukee | County | Waukesha | State WI | Zip Code 53072 |
| Lender | N/A | | | | |



# Building Sketch

| | |
|---|---|
| Borrower/Client | Banda, Sylvia |
| Property Address | N30W23536 Greenfield Ct |
| City | Pewaukee | County Waukesha | State WI | Zip Code 53072 |
| Lender | N/A |



**Second Floor**
[918 Sq ft]

**First Floor**
[840 Sq ft]

Bedroom   Bedroom
Bath
Master Bath
Master Bedroom

Living Room   Dining
Kitchen
Hbath
Entry   Laundry   Entry

Garage
**2 Car Attached**
[441 Sq ft]

TOTAL Sketch by a la mode, inc.

## Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 840 Sq ft | 30 × 28 = 840 |
| Second Floor | 918 Sq ft | 27 × 30 = 810 |
| | | 9 × 12 = 108 |
| **Total Living Area (Rounded):** | **1758 Sq ft** | |
| Non-living Area | | |
| 2 Car Attached | 441 Sq ft | 21 × 21 = 441 |

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale. (Source: FDIC Interagency Appraisal and Evaluation Guidelines, October 27, 1994.)

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND CERTIFICATION

CONTINGENT AND LIMITING CONDITIONS: The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is valued on the basis of it being under responsible ownership.

2. Any sketch provided in the appraisal report may show approximate dimensions of the improvements and is included only to assist the reader of the report in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. Any distribution of valuation between land and improvements in the report applies only under the existing program of utilization. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

5. The appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous waste, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. This appraisal report must not be considered an environmental assessment of the subject property.

6. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

7. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

8. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

9. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

10. The appraiser is not an employee of the company or individual(s) ordering this report and compensation is not contingent upon the reporting of a predetermined value or direction of value or upon an action or event resulting from the analysis, opinions, conclusions, or the use of this report. This assignment is not based on a required minimum, specific valuation, or the approval of a loan.

File No. BAND0514

**CERTIFICATION:** The appraiser certifies and agrees that:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest interest with respect to the parties involved.

4. Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

5. I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

6. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

7. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

9. Unless otherwise indicated, I have made a personal inspection of the interior and exterior areas of the property that is the subject of this report, and the exteriors of all properties listed as comparables.

10. Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**ADDRESS OF PROPERTY ANALYZED:**   N30W23536 Greenfield Ct, Pewaukee, WI 53072

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: *Sherry A. Rockwell* | Signature: |
| Name:  Sherry A. Rockwell | Name: |
| Title: | |
| State Certification #: | State Certification #: |
| or State License #:  1597-4 | or State License #: |
| State:  WI    Expiration Date of Certification or License:  12/14/2015 | State:      Expiration Date of Certification or License: |
| Date Signed:   June 04, 2014 | Date Signed: |
| | ☐ Did  ☐ Did Not  Inspect Property |

Page 2 of 2

NO. 1597-4

EXPIRES: 12/14/2015

## The State of Wisconsin
## Department of Safety and Professional Services

*Hereby certifies that*

SHERRY A ROCKWELL

*was granted a certificate to practice as a*

## LICENSED APPRAISER ELIGIBLE TO APPRAISE FEDERALLY RELATED TRANSACTIONS IS AQB COMPLIANT

*in the State of Wisconsin in accordance with Wisconsin Law*
*on the 15th day of July in the year 2003.*
*The authority granted herein must be renewed each biennium by the granting authority.*
*In witness thereof, the State of Wisconsin*
*Department of Safety and Professional Services*
*has caused this certificate to be issued under*
*its official seal.*



_____
Secretary

*This certificate was printed on the 13th day of December in the year 2013*



B10 (Official Form 10) (4/13)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF WI | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor:**
Sylvia K. Banda, fka Sylvia K. Owor

**Case Number:**
13-25901-PP-13

*NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Bank of America, N.A.

**COURT USE ONLY**

**Name and address where notices should be sent:**

Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266-0933

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____

Filed on: _____

**Name and address where payment should be sent** (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 250,534.22

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Money loaned.

**3. Last four digits of any number by which creditor identifies debtor:** XXXXX8928

**3a. Debtor may have scheduled account as:**

**3b. Uniform Claim Identifier (optional):**

**4. Secured Claim**

Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate ☐ Motor ☐ Vehicle ☐ Other
**Describe:** N30W23536 Greenfield Court, Unit 1, Pewaukee, WI 53072

**Value of Property:** $ _____

**Annual Interest Rate:** 4.625 % ☑ Fixed or ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$ 3,467.16

**Basis for perfection:** Recorded Mortgage

**Amount of Secured Claim:** $ 250,534.22

**Amount Unsecured:** $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was files or the debtor's business ceased, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, famil, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

Exhibit C

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT | Eastern District of Wisconsin | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Sylvia Banda | Case Number:<br>13-25901 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Bank of America N.A.

Name and address where notices should be sent:
Green Tree Servicing LLC
7360 S. Kyrene Rd. T-120
Tempe, AZ. 85283
Telephone number: (877) 256-4871  email: Recovery.Bankruptcy@gt-cs.com

Name and address where payment should be sent (if different from above):
Green Tree Servicing
345 St. Peter St. L800R
St. Paul, MN. 55102
Telephone number: (877) 256-4871  email: herschel.r.hoyt@gt-cs.com

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
  (*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 44,056.23

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** __Mortgage Note__
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>0 0 4 8 | 3a. Debtor may have scheduled account as:<br>Sylvia Banda<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☑Real Estate ☐Motor Vehicle ☐Other
Describe: N30W23536 GREENFIELD CT # 1 PEWAUKEE WI

Value of Property: $_____

Annual Interest Rate_____% ☐Fixed or ☐Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ 13,396.36

Basis for perfection: _____

Amount of Secured Claim: $ 44,056.23

Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)